

In The

# Court of Appeals

## Seventh District of Texas at Amarillo

No. 07-22-00283-CR

DANNY WAYNE ALCOSER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 19th District Court
McLennan County, Texas
Trial Court No. 2016-1261-C1, Honorable Thomas C. West, Presiding

October 26, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Danny Wayne Alcoser, filed a document with this Court seeking to appeal a trial court order issued on July 13, 2022. We have construed the document as a notice of appeal. Assuming, arguendo, that we have the authority to review the order as part of appellant's previously transferred appeal, *see Alcoser v. State*, No. 07-18-00032-CR, 2022 Tex. App. LEXIS 5722, at *1 (Tex. App.—Amarillo Aug. 9, 2022, no pet. h.) (mem. op., not designated for publication), we dismiss the current appeal for want of jurisdiction because it was untimely filed.

The trial court issued the order on July 13, 2022.  A notice of appeal from the order was, therefore, due within thirty days, by August 12, 2022.  *See* TEX. R. APP. P. 26.2(a)(2). Appellant filed a notice of appeal with this Court on October 11, 2022.  Because the timely filing of a written notice of appeal is a jurisdictional prerequisite to hearing an appeal, we have no option but to dismiss the untimely appeal for want of jurisdiction.  *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012).

Accordingly, we dismiss this appeal for want of jurisdiction.

Per Curiam

Do not publish.